UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLAUDE MICHAUD,

                    Plaintiff,

                                                    Case No. 19-cv-1245-pp

        v.

ANDREW M. SAUL,

                    Defendant.

**ORDER GRANTING STIPULATED MOTION FOR AWARD UNDER THE
EQUAL ACCESS TO JUSTICE ACT (DKT. NO. 30)**

On May 26, 2020, the parties filed a Stipulated Motion to an Award of
Attorney Fees Pursuant to Equal Access to Justice Act, 28 U.S.C. § 2412,
asking the court to enter an order awarding attorneys' fees under the Equal
Access to Justice Act. Dkt. No. 30.

The court **APPROVES** the stipulation for award under the EAJA and
**GRANTS** the motion to enter an order granting the award. Dkt. No. 30. The
court **ORDERS** that the defendant shall pay to the plaintiff an award of
attorneys' fees in the amount of **$5,300**, in full satisfaction and settlement of
any and all claims the plaintiff may have in this case under the EAJA. The
court awards these fees and costs to the plaintiff, not the plaintiff's attorney,
and under <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010), the United States may offset
the award to satisfy pre-existing debts that the litigant owes the United States.

1

If counsel for the parties verify that the plaintiff owes no pre-existing debt subject to offset, the defendant shall direct that the award be made payable to the plaintiff's attorney, pursuant to the EAJA assignment duly signed by the plaintiff and counsel.

Dated in Milwaukee, Wisconsin this 27th day of May, 2020.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**